SCWC-29648

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Respondent-Plaintiff-Appellee,

vs.

VICTOR S. NAKATSU, Petitioner-Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29648; CASE NO. 3DTC-08-024727)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioner-Defendant-Appellant's application for writ of certiorari filed on August 30, 2011, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, October 11, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna



Vaughan S. Winborne, Jr.
for petitioner-defendant-
appellant on the application